# CASES DETERMINED

# SUPREME COURT OF NEBRASKA

## SEPTEMBER TERM, 1910.

---

BARBARA KUHLMAN, APPELLEE, v. WILLIAM J. LEMP
BREWING COMPANY, APPELLANT.

FILED NOVEMBER 26, 1910. No. 16,069.

OPINION on motion for rehearing of case reported in
87 Neb. 72. *Former opinion corrected. Motion for rehear·
ing overruled.*

PER CURIAM.

On the motion for a rehearing in this case it is strenu-
ously contended that our decision is contrary to, and in
effect overrules, *Steen v. Scheel,* 46 Neb. 252. If the state-
ment in our opinion that "in April," before the lease ex-
pired, the tenant "informed the plaintiff that if a license
to sell intoxicating liquors could not be procured it
would not exercise its option to again lease the premises,"
was correct, then we think the decision would have that
effect.

We have again examined the record, and find no evi·
dence therein to sustain that statement. On the other
hand, it would seem that the landlord was not notified of
any such intention. The lease expired May 1, 1907, and
the key was not delivered to the plaintiff until June 29 of
that year, and the defendant held possession of the
premises from the date of the expiration of the lease until
that time. According to *Delashman v. Berry,* 20 Mich.

292, such holding over amounted to a renewal of the lease for another term of one year. See, also, *Montgomery v. Board of Commissioners*, 76 Ind. 362, 40 Am. Rep. 250; 2 Tiffany, Landlord and Tenant, pp. 1484, 1486; 24 Cyc. 1018.

Our opinion is hereby corrected to conform to the facts as shown by the record, and the motion for a rehearing is

OVERRULED.